JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DIAZ,<br><br>                 Petitioner,<br><br>     v.<br><br>DOERER, Warden, et al.,<br><br>                 Respondent. | Case No. 2:23-cv-02716-JWH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: December 7, 2023

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE